

**FARUQI & FARUQI** LLP   NEW YORK   CALIFORNIA   DELAWARE   PENNSYLVANIA
ATTORNEYS AT LAW

April 2, 2019

**Via ECF**

Honorable Paul G. Gardephe
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

     Re: *Reifman, et al. v. Canary Connect, Inc.,* No. 18-cv-11365-PGG

Dear Judge Gardephe:

     We represent Plaintiffs in the above-referenced matter, and write in advance of the pre-trial conference, scheduled April 3, 2019. We write to inform the Court that lead trial counsel for Plaintiffs, Timothy J. Peter, is currently on paternity leave until April 12, 2019. Accordingly, if the Court is inclined to hear argument during the April 3, 2019 conference on Defendant's pre-motion letter in anticipation of its motion to compel arbitration (filed by Defendant on January 28, 2019, Dkt. No. 19), Plaintiffs respectfully request the Court continue the conference until April 17, 2019 at 11:00 a.m. If, however, the Court intends to conduct a conference solely on the matters set forth in the Parties' Proposed Civil Case Management Plan and Scheduling Order (Dkt. No. 26), such a continuance is not necessary.  Plaintiffs' counsel has conferred with counsel for Defendant, and Defendant does not oppose this request.

Respectfully submitted,

Nina M. Varindani

c:    All counsel of record (via ECF)