UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY B. REIFMAN, et al.,

                Plaintiffs,

      -against-

CANARY CONNECT, INC.,

                Defendant.

**ORDER**

18 Civ. 11365 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference presently scheduled for April 3, 2019 is adjourned to **Wednesday, April 17, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 2, 2019

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge