UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY B. REIFMAN, JONATHAN BERG, JULIE HARLEY, CONNOR VAN GESSEL, ARLINE VAN GESSEL, and MIGUEL MORENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANARY CONNECT, INC.,<br><br>Defendant. | No. 1:18 Civ. 11365 (PGG)<br><br>**ORDER FOR ADMISSION PRO HACE VICE** |

The motion of Carson R. Griffis, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Carson R. Griffis |
| Firm Name: | Hinshaw & Culbertson LLP |
| Address: | 151 N. Franklin Street, Suite 2500 |
| City/State/Zip: | Chicago, IL  60606 |
| Telephone/Fax: | 312-704-3062/312-704-3001 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Canary Connect, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

303674094v1 1016434

Dated: _May 15, 2019_

_Paul A. Sengle_ (signature)
United States District/~~Magistrate~~ Judge

303674094v1 1016434