UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY B. REIFMAN, JONATHAN BERG, JULIE HARLEY, CONNOR VAN GESSEL, ARLINE VAN GESSEL, and MIGUEL MORENO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANARY CONNECT, INC.,<br><br>Defendant | 1:18-cv-11365-PGG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel for the parties that this action is hereby dismissed with prejudice and without attorneys' fees and costs against any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
         June 27, 2019

FARUQI & FARUQI, LLP

By:  */s Timothy J. Peter*
     Timothy J. Peter

1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Fax: (215) 277-5771
E-mail: tpeter@faruqilaw.com
*For Plaintiffs*

HINSHAW & CULBERTSON LLP

By:  */s Edward K. Lenci*
     Edward K. Lenci

800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6200
*For Canary Connect, Inc.*